**L. B. Weyburn, appellee, v. Home Seekers' Realty Company et al., appellants. Gen. No. 32,087.**

Action for real estate broker's commission. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding. Heard in the second division of this

court for the first district at the October term, 1927. Reversed. Opinion filed January 31, 1928.

Earl J. Walker, for appellants. William McKinley and Paul E. Price, for appellee; Louis Dennen, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.